**FILED**

February 4, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| James Keith Fletcher, | ) |
| | ) |
| Defendant. | ) |

Case No.  2:08-cr-50 LKK

ORDER FOR RELEASE
~~OF PERSON IN CUSTODY~~

TO:    UNITED STATES MARSHAL:

This is to authorize and direct ~~you~~ to release  James Keith Fletcher   Case  2:08-cr-50 LKK

~~from custody~~ subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

＿    Release on Personal Recognizance

＿    Bail Posted in the Sum of _____

_X_    Unsecured bond in the amount of $50,000, ~~co-signed by defendant's~~

~~mother,~~ to be secured by real property within 14 days.

＿    Appearance Bond with 10% Deposit

＿    Appearance Bond secured by Real Property

＿    Corporate Surety Bail Bond

_X_    (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  2/4/08 ___    at  2:35 pm

By _____

Kimberly J. Mueller,
United States Magistrate Judge